

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-19-00466-CR

Scott Ralph **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's "Motion for Affirmance with Damages" is carried with the appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court